UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
JOSEPH VIDAL,

        Plaintiff,

    -against-              :        ORDER

MELVIN L. GORR, C.O., et al.,    :        02 Civ. 5554 (LAK) (MHD)

        Defendants.
------------------------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

5/22/09

It is hereby **ORDERED** that Green Haven Correctional Facility arrange for inmate Joseph L. Vidal, Department Identification Number 94-A-5584, to be available for a telephone conference with his attorneys Stephen A. Broome and Maaren A. Choksi, of Quinn Emanuel Urquhart Oliver & Hedges, LLP, on **Wednesday, May 27, 2009 from 9:00 A.M. to 10:30 A.M.**

DATED:   New York, New York
         May 22, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

Stephen Andrew Broome, Esq.
Maaren A. Choksi, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010


Steven N. Schulman, Esq.
Assistant Attorney General
for the State of New York
120 Broadway
New York, New York 10271